UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10357-GA0

| | |
|---|---|
| WILLIAM GARCIA, Jr., <br><br>    Plaintiff, <br><br> v. <br><br> CITY OF NEW BEDFORD, <br> NEW BEDFORD POLICE DEPARTMENT, <br> DAVID ROY, BRUCE EDMUNSON, <br> JILL SIMMONS, RICHARD NETINHO, <br> and ERIC DACOSTA, <br><br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL

Now comes the Plaintiff, William Garcia, Jr., and hereby stipulates to the dismissal with prejudice of all claims of William Garcia, Jr. against the Defendants, City of New Bedford, New Bedford Police Department, David Roy, Bruce Edmunson, Jill Simmons, Richard Netinho and Eric DaCosta, pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii) with prejudice and without costs, all rights of appeal waived.

By his Attorney,

_____
Stephen M. Salon, Esquire
BBO #439280
Salon & Associates, LLC
Old City Hall
45 School Street
Boston, MA 02108
(617) 742-7446

Assented to:
Plaintiff,

_____
William Garcia, Jr.

DATED:    March 14, 2005